# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SHARON J. DAVIS,                              )<br>                                                                )<br>                    Plaintiff,               )<br>                                                                )  CIVIL ACTION<br>v.                                                             )<br>                                                                )  No. 06-2144-KHV<br>MICHAEL J. ASTRUE,[1]                  )<br>Commissioner of Social Security,    )<br>                                                                )<br>                    Defendant.          )<br>_____) | |

## ORDER

Sharon J. Davis appeals the final decision of the Commissioner of Social Security to deny disability insurance benefits and supplemental security income. On May 11, 2007, Magistrate Judge John Thomas Reid recommended that the Court enter judgment pursuant to the fourth sentence of 42 U.S.C. § 405(g) affirming the Commissioner's decision. See Report And Recommendation (Doc. #13). The deadline for written objections to the report and recommendation was May 25, 2007. The parties have not objected. The Court hereby adopts the Report And Recommendation (Doc. #13) in its entirety.

**IT IS THEREFORE ORDERED** that the Commissioner's decision be and hereby is **AFFIRMED**.

Dated this 31st day of May, 2007 at Kansas City, Kansas.

                                                                  s/ Kathryn H. Vratil
                                                                  KATHRYN H. VRATIL
                                                                  United States District Judge

---

[1]     Michael J. Astrue became Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as defendant in this suit.